**Order entered August 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00450-CV

### ANNETTE L. MUNDINE, Appellant

### V.

### RICHARD D MUNDINE, SR., Appellee

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-04446

## ORDER

The reporter's record in this case is overdue. By postcard dated June 21, 2018, we notified Donna Kindle, Official Court Reporter for the 303rd Judicial District Court that the reporter's record was overdue. We directed Ms. Kindle to file the reporter's record within thirty days. To date, the reporter's record has not been filed.

Accordingly, we order Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not requested, paid for, or made arrangements to pay for the record and has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or*

*made arrangements to pay for the reporter's record and has not been found entitled to proceed*

*without payment of costs, we will order the appeal submitted without the reporter's record.  See*

Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Denise Garcia
Presiding Judge
303rd Judicial District Court

Donna Kindle
Official Court Reporter
303rd Judicial District Court


All parties


/s/     CAROLYN WRIGHT
CHIEF JUSTICE